DANIEL J. BRODERICK, Bar #89424
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jose Guadalupe Vargas-Frias

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOSE GUADALUPE VARGAS-FRIAS,<br><br>    *Defendant.* | No. 1:11-cr-0282 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  April 2, 2012<br>Time:  10:00 a.m.<br>Judge: Hon. Anthony W. Ishii |

    **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, IAN A. GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Guadalupe Vargas-Frias, that the date for status conference in this matter may be continued to April 2, 2012, or the soonest date thereafter that is convenient to the court.  **The date currently set for status conference is March 26, 2012.  The requested new date is April 2, 2012.**

    The government has extended a plea offer in this matter; however, Mr. Vargas-Frias is housed in the Kern County Lerdo detention facility and no space is available on the bus prior to the currently scheduled status conference date of March 26, 2012.  A short, one week continuance is requested to allow time for counsel and an interpreter to review the pending plea offer with Vargas-Frias, in Fresno, prior to the status conference.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 21, 2012         By /s/ Ian A. Garriques
                              IAN A. GARRIQUES
                              Assistant United States Attorney
                              Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 21, 2012         By /s/ Eric V. Kersten
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant
                              Jose Guadalupe Vargas-Frias

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
IT IS SO ORDERED.

Dated:   March 21, 2012
                                           CHIEF UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference           2