JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
Jose Vargas-Frias

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:11-cr-00282 AWI |
| Plaintiff, | STIPULATION TO AMEND MOTION IN LIMINE FILING SCHEDULE; ORDER THEREON |
| v. | |
| JOSE VARGAS-FRIAS, | DATE: April 8, 2013 |
| | TIME: 10:00 a.m. |
| Defendant. | JUDGE: Hon. Anthony W. Ishii |

This matter is set for trial on April 23, 2013, with a trial confirmation and hearing on motions in limine scheduled for April 8, 2013. Motions in limine are currently due on March 4, 2013, with responses due March 25, 2013, and replies due April 1, 2013. Mr. Vargas-Frias has requested that different counsel be appointed to represent him and a hearing on the defendant's request is scheduled for March 11, 2013.

It is hereby requested that the existing motion in limine filing schedule be vacated and that a new filing schedule be substituted in its place, but that the trial confirmation date and trial date remain unchanged. This request is made to allow the parties to learn whether new counsel will be appointed prior to the filing of motions in limine, and also to allow additional time for negotiations prior to the filing of said motions.

Based on the foregoing, **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MIA A. GIACOMAZZI, Assistant United States Attorney, counsel for plaintiff, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for defendant Jose Vargas-Frias, that the

currently scheduled motion in limine briefing schedule may be vacated, with the following schedule substituted in its place. **The requested new dates are as follows: motions in limine may be filed on or before March 18, 2013, with responses due April 1, 2013.  It is further requested that the April 8, 2013 trial confirmation date and the April 23, 2013 trial date shall remain unchanged.**

This request is made with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

                                              BENJAMIN B. WAGNER
                                              United States Attorney

DATED: March 1, 2013               By */s/ Mia A. Giacomazzi*
                                                  MIA A. GIACOMAZZI
                                                  Assistant United States Attorney
                                                  Attorney for Plaintiff

                                              JOSEPH SCHLESINGER
                                              Acting Federal Defender

DATED: March 1, 2013               By */s/ Eric V. Kersten*
                                                  ERIC V. KERSTEN
                                                  Assistant Federal Defender
                                                  Attorney for Defendant
                                                  Jose Vargas-Frias

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   March 1, 2013

                                                  SENIOR DISTRICT JUDGE