HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
Jose Vargas-Frias

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff,*<br><br>v.<br><br>JOSE VARGAS-FRIAS,<br><br>    *Defendant.* | No. 1:11-cr-00282 AWI<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER THEREON<br><br>DATE:   June 24, 2013<br>TIME:   10:00 a.m.<br>JUDGE:  Hon. Anthony W. Ishii |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MIA A. GIACOMAZZI, Assistant United States Attorney, and ERIC V. KERSTEN, Assistant Federal Defender, counsel for Defendant Jose Vargas-Fris, that the date for sentencing may be continued to June 24, 2013, or the soonest date thereafter that is convenient to the court. **The date currently set for sentencing is June 17, 2013 The requested new date is June 24, 2013.**

It is further requested that any sentencing memorandum or formal objections to the Advisory Guideline Pre-sentence Investigation Report may be filed by June 12, 2013, and that any response thereto may be filed by June 19, 2013. This continuance is requested to allow additional time for the defense to file its sentencing memorandum and to allow time for defense counsel to review said memorandum with Mr. Vargas-Frias, who is housed in the Lerdo/Kern County Detention Facility.

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). For this reason, the

ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

BENJAMIN B. WAGNER
United States Attorney

DATED: June 7, 2013           By /s/ Mia A. Giacomazzi
                              MIA A. GIACOMAZZI
                              Assistant United States Attorney
                              Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

DATED: June 7, 2013           By /s/ Eric V. Kersten
                              ERIC V. KERSTEN
                              Assistant Federal Defender
                              Attorney for Defendant
                              Jose Vargas-Frias

**O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

Dated:   June 7, 2013
                                                    _____
                                                    SENIOR  DISTRICT  JUDGE

Vargas-Frias: Stipulation to Continue Sentencing            2